

**SESSIONS FISHMAN & NATHAN** LLP

ATTORNEYS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

www.sessions-law.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/05

DAVID ISRAEL
Direct Dial: 504-582-1511
disrael@sessions-law.com
Respond to New Orleans Office

PAGE 1 OF 2

Via Fax: 212-805-7968
Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

RECEIVED DEC 28 2004 CHAMBERS OF KENNETH M. KARAS

Re: *Paul S. Foti, et al. v. NCO Financial Systems, Inc.*
S.D.N.Y. No. 04 CVF 00707

Dear Judge Karas:

On December 28, 2004, I spoke with your law clerk, Rachel, regarding: a) NCO's interest in attempting to resolve all issues relating to the pre-recorded message; and b) if NCO was unable to resolve the message issues, permission for NCO to file a short supplemental letter brief relating to the *J.J. MacIntyre* and *Fava* cases.

After my discussion with Rachel, I called opposing counsel, Michael and Yitzchak Cohen. Neither were in and I left detailed voicemails.

Based upon my client's instructions, NCO requests that while NCO is attempting to resolve the pre-recorded message issues, that the Court hold-off issuing any SJM decision. Should settlement be unsuccessful, then NCO would provide immediate notice to the Court. At that point, NCO would submit a short supplemental letter relating to the *Fava* and *J.J. MacIntyre* cases.

Thanking you for your consideration of these requests, I remain,

*The parties have until January 7, 2005 to inform the Court of any resolution of the issues relating to the pre-recorded message.*
SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/30/04

Very truly yours,
David Israel
SESSIONS, FISHMAN & NATHAN, L.L.P.
Attorney for Defendant
NCO Financial Systems, Inc.

DI:sd

New Orleans Office
201 St. Charles Avenue
Thirty-Fifth Floor
New Orleans, LA 70170-3500
Telephone (504) 582-1500
Fax (504) 582-1555

Metairie Office
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, LA 70002-1752
Telephone (504) 828-3700
Fax (504) 828-3737