```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 3/28/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL S. FOTI; ZOVINAR ASHJIAN, on behalf of himself and all others similarly situated; CHRIS ZEBRO, on behalf of himself and all others similarly situated,

                Plaintiffs,

-v-

NCO FINANCIAL SYSTEMS, INC.,

                Defendant.

Case No. 04-CV-707 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The Clerk of Court is hereby directed to terminate Defendant's Motion for Partial Dismissal (Docket Nos. 12 and 13).

SO ORDERED.

Dated:    March 25, 2006
           New York, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE