UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PAUL S. FOTI, on behalf of himself                              04 CV 00707
And all others similarly situated,

                            Plaintiffs,

          -against-

NCO FINANCIAL SYSTEMS, INC.

                            Defendant.
-------------------------------------------------------X

### NOTICE OF ADDRESS CHANGE

Counsel for defendant, NCO Financial Systems, Inc., Kevin B. McHugh of FIEDELMAN GARFINKEL & LESMAN, and *Pro Hac Vice* counsel, David Israel, of SESSIONS, FISHMAN & NATHAN, L.L.P., notify this Court that David Israel has moved from SESSIONS' New Orleans offices to its satellite offices in Metairie, Louisiana. Counsel's updated information is:

                      David Israel
                      SESSIONS, FISHMAN & NATHAN, L.L.P.
                      Lakeway Two
                      3850 N. Causeway Blvd., Ste. 1240
                      Metairie, Louisiana 70002-1752
                      Telephone: (504) 828-3700
                      Facsimile: (504) 828-3737
                      disrael@sessions-law.com

RESPECTFULLY SUBMITTED,

JACOBOWITZ, GARFINKEL & LESMAN
Attorneys for Defendant
NCO Financial Systems, Inc.

By: _____ (KM 5924)
Kevin McHugh
110 William Street, 17th Floor
New York, N.Y. 10038-3901
(212) 809-8000

*Of Counsel*

_____
David Israel
SESSIONS, FISHMAN & NATHAN, L.L.P.
Lakeway Two
3850 N. Causeway Blvd., Ste. 1240
Metairie, Louisiana 70002-1752
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
disrael@sessions-law.com

TO:   Michael M. Cohen, Esq.
      The Law Offices of Michael M. Cohen
      275 Walton Street
      Englewood, NJ 07631

      Yitchak E. Cohen, Esq.
      The Law Offices of Yitzchak E. Cohen
      545 West 236th Street
      Sixth Floor
      Riverdale, New York 10463