UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PAUL S. FOTI, CHRIS ZEBRO and ZOVINAR
ASHJIAN, on behalf of themselves and all others
similarly situated,

                          Plaintiffs

         -against-

NCO FINANCIAL SYSTEMS, INC.,

                     Defendant
------------------------------------------------------------x

04-CV-00707
(KMK)

NOTICE OF SUBSTITUTION
OF COUNSEL

TO: THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE, that ROBERT L. ARLEO, an attorney duly admitted to practice law in the State of New York and in the United States District Court for the Southern District of New York, is hereby substituted for attorneys Yitzchak E. Cohen and Michael M. Cohen as counsel of record for the above-named Plaintiffs. Mr. Arleo shall serve as Lead Counsel for the above-named Plaintiffs. Attorney Gary M. Reing shall remain as counsel of record for the above-named Plaintiffs.

DATED: June /6, 2006
Riverdale, New York

_____
YITZAK E. COHEN
(YC 1404)
545 West 236th Street
Sixth Floor
New York, New York 10463
(718) 432-0134

DATED: June /6, 2006
Englewood, New Jersey

_____
MICHAEL M. COHEN
(MC 2254)
275 Walton Avenue
Englewood, New Jersey 07631
(201) 227-0881

page 2
Notice of Substitution
Of Counsel, Foti et al. v.
NCO Financial Systems, Inc.
04-CV-00707 (KMK)

DATED: June __, 2006
New York, New York

_____
GARY M. REING
(GMR 0754)
521 Fifth Avenue
Suite 1703
New York, New York 10175
(212) 292-4330

DATED: June 9, 2006
New York, New York

_____
ROBERT L. ARLEO
(RA 7506)
1375 Broadway
Third Floor
New York, New York 10018
(646) 278-5648

DATED: June 28, 2006
Westchester, New York

_____
PAUL S. FOTI

STATE OF NEW YORK, COUNTY OF Westchester ss.

On June 28, 2006 personally came Paul S. Foti known to me to be the individual described herein, and who executed the herein Stipulation of Substitution of Counsel, and duly acknowledged to me that he executed the same.

_____
Notary Public

Raymond A. Conta
Notary Public, State of New York
No. 02CO6069254
Qualified in Westchester County
Commission Expires December 16, 2006

DATED: June 28, 2006
Westchester, New York

_____
CHRIS ZEBRO

STATE OF NEW YORK, COUNTY OF Westchester ss.

On June 28, 2006 personally came Chris Zebro known to me to be the individual described herein, and who executed the herein Stipulation of Substitution of Counsel, and duly acknowledged to me that he executed the same.

_____
Notary Public

Raymond A. Conta
Notary Public, State of New York
No. 02CO6069254
Qualified in Westchester County
Commission Expires December 16, 2006

page 3
Notice of Substitution
Of Counsel, Foti et al. v.
NCO Financial Systems, Inc.
04-CV-00707 (KMK)

DATED: June 28, 2006
Westchester, New York

_____
ZOVINAR ASHJIAN

STATE OF NEW YORK, COUNTY OF __Westchester__. ss.

On June ___, 2006 personally came Zovinar Ashjian known to me to be the individual described herein, and who executed the herein Stipulation of Substitution of Counsel, and duly ___

_____
Notary Public

Raymond A. Conta
Notary Public, State of New York
No. 02CO5069254
Qualified in Westchester County
Commission Expires December 16, 2006

## CERTIFICATE OF SERVICE

     The undersigned, being duly admitted to practice law in the State of New York and the United States District Court for the Southern District of New York, hereby affirms under the penalties of perjury that on the 28th day of June, 2006 a copy of the herein Notice of Substitution of Counsel was served upon the Defendant, NCO Financial Systems, Inc., via regular mail addressed to:

        David Israel, Esq.
        Sessions Fishman & Nathan
        3850 N. Causeway Blvd.
        Suite 1240
        Metarie, LA 70002

and via facsimile transmission to attorney David Israel at his facsimile number, (504) 828-3737. Successful transmission of said fax was confirmed.

DATED: New York, New York
       June 28, 2006

                                            _____
                                            Robert L. Arleo