

**SESSIONS FISHMAN & NATHAN LLP**
ATTORNEYS
A PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
www.sessions-law.com

**MEMO ENDORSED**

DAVID ISRAEL
Office: 504-828-3700
Cell: 504-669-0234
disrael@sessions-law.com
Respond to Metairie Office

July 11, 2006

Honorable Kenneth M. Karas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/06

Re:   Paul S. Foti, et al. v. NCO Financial Systems, Inc.
      No. 04-CV-00707, U.S.D.C., S.D.N.Y.

Dear Judge Karas:

In ¶ 6 of my July 10 letter to you, I mistakenly reported that NCO would have CAFA reporting obligations.

In fact, since this case was filed pre-CAFA and since the CAFA statute has been interpreted as not being retroactive, there will be no CAFA notification required. At your Honor's request we will provide necessary authority proving CAFA is not retroactive.

Very truly yours

David Israel
SESSIONS, FISHMAN & NATHAN, L.L.P.
Attorneys for Defendant,
NCO Financial Systems, Inc.

DI:deb
cc:   Robert L. Arleo, Esq.        (via e-mail: r.arleo@verizon.net)
      Gary M. Reing, Esq.          (via e-mail: garytaxman@aol.com)
      Kevin Barry McHugh, Esq.     (via e-mail: kevin.mchugh@aig.com)
      Bryan C. Shartle, Esq.       (via e-mail: bshartle@sessions-law.com)

*Authority shall be provided on the non-retroactivity of CAFA. A letter will be sufficient.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/19/06

| LOUISIANA | LOUISIANA | FLORIDA | ILLINOIS | CALIFORNIA |
|---|---|---|---|---|
| 201 St. Charles Ave. | Lakeway Two, Suite 1240 | 15316 N. Florida Ave. | SFN of Illinois, L.L.C. | SFN in California, L.L.P. |
| Suite 3500 | 3850 N. Causeway Blvd. | Suite 100 | 1000 Skokie Blvd., Suite 430 | 3667 Voltaire St. |
| New Orleans, LA 70170-3500 | Metairie, LA 70002-1752 | Tampa, FL 33613-1257 | Wilmette, IL 60091 | San Diego, CA 92106 |
| Tele: (504) 582-1500 | Tele: (504) 828-3700 | Tele: (813) 908-6121 | Tele: (847) 853-6100 | Tele: (619) 758-1891 |
| Fax: (504) 582-1555 | Fax: (504) 828-3737 | Fax: (813) 908-6126 | Fax: (847) 853-6105 | Fax: (619) 222-3667 |