```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL S. FOTI; ZOVINAR ASHJIAN, on behalf of himself and all others similarly situated; CHRIS ZEBRO, on behalf of himself and all others similarly situated,

                Plaintiffs,

  -v-

NCO FINANCIAL SYSTEMS, INC.,

                Defendant.

Case No. 04-CV-707 (KMK)

CONFERENCE ORDER
ECF

---

KENNETH M. KARAS, District Judge:

       The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

       ORDERED, that counsel who will try the case appear for a status conference on January 19, 2007 at 10am in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

       Any request for adjournment must be made in writing at least two business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

Dated: December 22, 2006
       New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE