UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL S. FOTI, CHRIS ZEBRO AND ZOVINAR ASHJIAN, on behalf of themselves and all others similarly situated, | 04-CV-00707 (KMK) |
| PLAINTIFFS, | NOTICE OF MOTION TO INTERVENE |
| v. | BY CLASS MEMBER ALYCIA SANDERS |
| NCO FINANCIAL SYSTEMS, INC. | |
| DEFENDANT. | |

Class member Alycia Sanders, respectfully moves the court as follows:

1. For permission to intervene as of right in this action ("the Foti Action") pursuant to Rules 24(a)(2) of the Federal Rules of Civil Procedure, because she has an interest relating to the property and/or the transaction which is the subject of this action and she is so situated that the proposed disposition of this action will impair and/or impede her ability to protect that interest, and because the Plaintiffs in the Foti Action do not and have not adequately represented her interests; or

2. For permission to intervene permissively pursuant to Rule 24(b)(2), because she has filed an action in Massachusetts that presents common claims or defenses to the Foti Action - namely, claims that the Defendant's debt collection activities violate state and federal law - which claims or defenses would be eliminated if the proposed settlement were approved.

3.  In further support of this motion, Ms. Sanders offers a Memorandum in Support hereof, attached hereto as <u>Exhibit 1</u>, and a copy of the Amended Complaint filed in the Massachusetts action, attached hereto as <u>Exhibit 2</u>.

PLEASE TAKE NOTICE that the undersigned will bring the above motion on for hearing before this Court at Room 21D, United States Court House, 500 Pearl Street, City of New York, on the 6th day of April, 2007, at 10:00 am or as soon thereafter as counsel can be heard.

Respectfully Submitted,
ALYCIA SANDERS, *et al.*
By her attorneys,

_____
John Roddy, BBO #424240
Gary Klein, BBO #560769
Elizabeth Ryan, BBO #549632
Gillian Feiner, BBO #664152
Roddy, Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
Tel (617) 357-5500
Fax (617) 357-5030

## CERTIFICATE OF SERVICE

I, John Roddy, hereby certify that the foregoing document along with all of the attachments thereto were sent to the following counsel of record in the above-referenced action by first class mail, postage prepaid, on February 27, 2007.

David Israel
Sessions, Fishman & Nathan, LLP
Lakeway Two, Suite 1240
3850 N. Causeway Blvd.
Metairie, LA 70002-1752

Robert L. Arleo
1375 Broadway, 3rd floor
New York, NY 10018

_____
John Roddy