RODDY KLEIN & RYAN
Attorneys at Law

**SO ORDERED**



727 Atlantic Ave., 2nd Floor
Boston, Massachusetts 02111

John Roddy

Tel. (617) 357-5500 x 16
Fax (617) 357-5030
roddy@roddykleinryan.com

June 6, 2007

ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/07

*VIA FEDERAL EXPRESS*
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re: Request for Leave to File Reply Brief Concerning Alycia Sanders' Motion to Intervene in *Foti, et al. v. NCO Financial Systems, Inc.*, 04-CV-00707 (KMK)

Dear Judge Karas:

Proposed Intervenor Alycia Sanders, through undersigned counsel, requests leave to file a reply to NCO's opposition to her motion to intervene [Docket No. 43]. As a basis for this request, Ms. Sanders states that NCO raised several issues concerning the propriety of her motion to intervene which she wishes to brief for this Court, and which were not addressed directly in her original memorandum of law.

Thank you for your consideration of this matter.

Sincerely,

John Roddy

cc:   Robert Arleo, Esq. (*via* first class mail)
      David Israel, Esq. (*via* first class mail)
      Bryan Shartle, Esq. (*via* first class mail)
      Kevin Barry McHugh, Esq. (*via* first class mail)
      Gary M. Reing, Esq. (*via* first class mail)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/11/07