

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL S. FOTI, *et al.*,

           Plaintiffs,

    -v-

NCO FINANCIAL SYSTEMS, INC.,

           Defendant.

No. 04 Civ. 0707 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiffs' December 8, 2008 letter, and Defendant's December

12, 2008 response. The Court will conduct a telephone conference in this matter on December

18, 2008 at 4:30 p.m. Counsel for all parties are directed to gather on one conference line and

call chambers at (212) 805-0264 when all are present.

SO ORDERED.

Dated:    December 15, 2008
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE