UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL S. FOTI, et al.,

                              Plaintiffs,

-v-

NCO FINANCIAL SYSTEMS, INC.,

                              Defendant.

No. 04 Civ. 0707 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court conducted a telephone conference in this matter on December 18, 2008 in which counsel for all parties participated. For the reasons stated on the record, and with Defendant's consent, the first sentence of paragraph 5 of the February 19, 2008 Stipulation And Order For Permanent Injunction (Doc. No. 73) shall be amended to read as follows:

> Each month after the Stipulated Injunction is entered for a period of 1 year, counsel for NCO shall issue a letter to Class Counsel identifying all lawsuits against NCO during that month alleging the same claims being settled in this matter, whether those claims are initiated by individual plaintiffs or a proposed class of plaintiffs.

All other terms of the Stipulation And Order For Permanent Injunction remain intact as they appear in the February 19, 2008 Order.

SO ORDERED.

Dated:      December 19, 2008
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE