UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL S. FOTI, on behalf of himself and
others similarly situated,

        Plaintiff,

        v.                                     Civil Action No.: 04-cv-00707-WHP

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

## UNOPPOSED MOTION TO DISSOLVE INJUNCTION

Defendant, NCO Financial Systems, Inc. ("NCO"), through undersigned counsel, hereby moves to dissolve the 1-year injunction issued by this Court on February 19, 2008. The 1-year injunction is now over. Per this motion, NCO requests that the injunction be formally dissolved. NCO has complied with the injunction in all respects. Opposing counsel does *not* object to the dissolution of the injunction.

WHEREFORE, NCO respectfully requests that this Court dissolve the injunction issued by this Court on February 18, 2008.

- 2 -

|  |  |
|---|---|
| | Respectfully Submitted, |
| | |
| | /s/ Bryan C. Shartle |
| | David Israel (LSBA No. 7174) (T.A.) |
| CERTIFICATE OF SERVICE | Bryan C. Shartle (LSBA No. 27640) |
| | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
| I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by ECF; __ by email; __ by hand; __ by fax; __ by FedEx; __ by placing a copy of same in the U.S. Mail, postage prepaid this 3rd day of June 2009. | 3850 N. Causeway Blvd. |
| | Lakeway II, Suite 200 |
| | Metairie, Louisiana 70002 |
| | Telephone: (504) 828-3700 |
| | Facsimile: (504) 828-3737 |
| | |
| /s/ Kevin Barry McHugh | Attorneys for Defendant, |
| Kevin Barry McHugh | NCO Financial Systems, Inc. |

- 2 -