UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/09

PAUL S. FOTI, *et al.*,

                          Plaintiffs,

-v-

NCO FINANCIAL SYSTEMS, INC.,

                          Defendant.

No. 04 Civ. 707 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On February 19, 2008, the Court endorsed the parties' Stipulation And Order For Permanent Injunction (the "Injunction"). (Doc. No. 73.) The Injunction states that "[t]he parties will submit a joint motion to the Court to extinguish the . . . Injunction after the 1-year period [following entry of the Injunction] is over." (*Id.* ¶ 5.) Now before the Court is Defendant's June 5, 2009 motion to dissolve the Injunction, to which Plaintiff's counsel does not object. (Doc. No. 82.) Accordingly, pursuant to the express terms of the Injunction, and based on the parties' consent, the Injunction is hereby dissolved.

SO ORDERED.

Dated:     June 8, 2009
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE