DOC # 82

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2009

PAUL S. FOTI, on behalf of himself and
others similarly situated,

    Plaintiff,

v.                             Civil Action No.: 04-cv-00707-WHP

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

### UNOPPOSED MOTION TO DISSOLVE INJUNCTION

Defendant, NCO Financial Systems, Inc. ("NCO"), through undersigned counsel, hereby moves to dissolve the 1-year injunction issued by this Court on February 19, 2008. The 1-year injunction is now over. Per this motion, NCO requests that the injunction be formally dissolved. NCO has complied with the injunction in all respects. Opposing counsel does *not* object to the dissolution of the injunction.

WHEREFORE, NCO respectfully requests that this Court dissolve the injunction issued by this Court on February 18, 2008.

Application granted.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
6/15/2009

- 1 -

- 2 -

Dated: Brooklyn, New York
      June 5, 2009

                                      Respectfully Submitted,
                                      Law Offices of Edward Garfinkel
                                      Attorneys for Defendant,
                                        NCO Financial Systems, Inc.

By: _____
                                        Kevin Barry McHugh (KM5924)
                                        Law Offices of Edward Garfinkel
                                        12 Metrotech Center 28th Floor
                                        Brooklyn, New York 11201
                                        Telephone:   718-250-1100
                                        Facsimile:    718-250-1168
                                        Kevin.mchugh@aig.com
                                        Attorneys for Defendant